```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

JON C. BALLAY                                    CIVIL ACTION

VERSUS                                           NO: 14-516

MARLIN GUSMAN, et al.                            SECTION: R(5)

### ORDER AND REASONS

Before the Court is Jon Ballay's prisoner complaint[1] and the Magistrate Judge's Report and Recommendation ("R&R") that the complaint be dismissed without prejudice to Ballay's prosecution of his claims in *Ballay v. Gusman*, No. 14-515 (E.D. La.).[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law and the Magistrate Judge's unopposed R&R, hereby approves the Magistrate Judge's R&R and adopts it as its opinion.

Accordingly,

Jon Ballay's complaint is DISMISSED without prejudice to his prosecution of *Ballay v. Gusman*, No. 14-515 (E.D. La.).

New Orleans, Louisiana, this __22nd__ day of May, 2014.

_____
SARAH S. VANCE
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.

[2] R. Doc. 4.